James H. DeHart, Respondent, v. The Greater New York Publishing Company, Appellant.— Appeal from a judgment. on a verdict in favor of the plaintiff, directed by the court. Franklin Bien, Esq., for appellant; Hammond Odell, for respondent. Judgment appealed from affirmed, with costs. No opinion.

### BEFORE McCARTHY, O'DWYER AND SCHUCHMAN, JJ.

Patrick A. Meehan, Respondent, v. The Traders and Travelers' Accident Company of New York, Appellant.— Appeal from a judgment entered upon a verdict in favor of the plaintiff and from an order denying a motion for new trial. Abel Crook and Jacob Fromme, for appellant; Joseph A. Flannery, for respondent. Judgment and order appealed from affirmed, with costs. No opinion.

### BEFORE McCARTHY AND O'DWYER, JJ.

Robert Loughran, Respondent, v. The Continental Hygeia Ice Company, Appellant.— Appeal from a judgment entered upon a verdict in favor of the plaintiff and from an order denying a motion for a new trial. J. N. Kahn, for appellant; Little & McCabe, for respondent. Judgment and order appealed from affirmed, with costs. No opinion.